**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Luis Enrique CERVANTES–RODRIGUEZ, Defendant–Appellant.**

**No. 05–11080.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided July 13, 2006.

J. Michael Worley, Nancy E. Larson, Assistant U.S. Attorneys, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Luis Enrique Cervantes–Rodriguez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense, and by *United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006), which held that a sentence within a properly calculated Guideline range is presumptively reasonable. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.